# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **BOBBIE ROBERTS,** Plaintiff, v. **STATE FARM FIRE AND CASUALTY COMPANY,** Defendant. | Civil Action 7:11-CV-86 (HL) |

## ORDER

This case is before the Court on Defendant's Motion to Strike Plaintiff's Sur-Reply Brief (Doc. 18).

The Local Rules of this Court provide that "[b]riefing of any motion or issue concludes when the movant files a reply brief." M.D. Ga. R. 7.3.1(a). Because the Court disfavors sur-reply briefs, M.D. Ga. R. 7.3.1(b), any "party desiring to file a sur-reply brief must move in writing for permission to do so within fourteen (14) days of the filing of the brief to which reply is desired, succinctly specifying the reasons why additional briefing is necessary." M.D. Ga. R. 7.3.1(c). Plaintiff did not move to file a sur-reply brief as required by the Local Rules, and because she failed to comply with the Local Rules regarding sur-reply briefs, the Court will not consider her "Response to Defendant, Brief for Summary Judgment" (Doc. 17).

Defendant's Motion to Strike Plaintiff's Sur-Reply Brief (Doc. 18) is granted. The Court will issue a written order on Defendant's Motion for Summary Judgment shortly.

**SO ORDERED**, this the 30th day of November, 2011.

<u>*s/ Hugh Lawson*</u>
**HUGH LAWSON, SENIOR JUDGE**

mbh